**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Lavita Rufus,** | ) | **CASE NO. 1:09 CV 2201** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| Vs. | ) | |
| | ) | |
| **Michael J. Astrue,** | ) | <u>**Order of Dismissal**</u> |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court upon the Report and Recommendation of Magistrate Judge Kenneth S. McHargh (Doc. 13) recommending that this matter be dismissed for want of prosecution. No objections have been filed. Having reviewed the Report and Recommendation, and finding no clear error, the Court hereby ACCEPTS the Report and Recommendation and DISMISSES this matter for want of prosecution.

IT IS SO ORDERED.

    /s/ Patricia A. Gaughan
PATRICIA A. GAUGHAN
United States District Judge

Dated: 3/1/10